**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DEWEY AUSTIN BARNETT,           )
                                )
          Plaintiff,            )
                                )
     v.                         )          No. 4:26-CV-00088 RHH
                                )
JUDGE BRENDA STACEY,            )
                                )
          Defendant.            )

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. [ECF No. 9.] When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF No. 6; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous.[1] *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 9] is **DENIED**.

Dated this 16th day of March, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that plaintiff is also known as a "three striker," meaning that while incarcerated, he has brought at least 3 civil actions that were dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted. *See Barnett v. Fox, et al.,* No. 4:25-cv-00307 SPM (E.D.Mo. May 13, 2025); *Barnett v. Fox*, No. 4:25-cv-01206 JSD (E.D. Mo. Aug. 27, 2025); and *Barnett v. Hill, et al.,* No. 1:25-cv-00167 JMB (E.D. Mo. Oct. 8, 2025).